RINBRAND WELL DRILLING CO., INCORPORATED, APPEL-
LANT, v. L. & H. THEATRES, INC., ET AL., RESPOND-
ENTS.

Submitted October 31, 1941—Decided January 9, 1942.

For the appellant, *Edward A. Haffer.*

For the respondent, *Nathan W. Goldberg.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered *per curiam* in
the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, CASE, DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFS-
KEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.